108

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ-PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

No briefs will be filed under Rule 25.

Misc. No. 12–8012/AF. David J.A. Gutierrez, Petitioner v. United States and United States Air Force Court of Criminal Appeals, Respondents. Notice is hereby given that a petition for extraordinary relief in the nature of an emergency stay was electronically filed under Rule 27(a) on this date.

No. 12–0244/AR. U.S. v. Joshua D. Proctor. CCA 20100289. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, but only up to and including February 14, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.

No. 12–0272/AF. U.S. v. Timur Timerhanov. CCA 37685. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 14, 2012.

No. 12–0165/MC. U.S. v. Stephen L. Scaringello. CCA 201100192. Review granted on the following issue:

